# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CARVER D. COOK,

        Plaintiff,          :        Case No. 3:06-cv-332

                                       District Judge Walter Herbert Rice
     -vs-                             Chief Magistrate Judge Michael R. Merz

                                 :

DEPARTMENT OF INTERNAL
  REVENUE SERVICE,

        Defendant.

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 7, 2007, hereby ADOPTS said Report and Recommendations.

      It is therefore ORDERED that this case be dismissed without prejudice for lack of prosecution.

May 16, 2007.

                                                   /s/ Walter Herbert Rice
                                                   Walter Herbert Rice
                                                   United States District Judge